# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00747-CV

## In re Noe Pena-Gonzalez and Ezequiel Pena

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relators Noe Pena-Gonzalez and Ezequiel Pena have filed an unopposed motion to dismiss their petition for writ of mandamus, informing the Court that the State has dismissed all charges against them, and thus, the issue raised in their petition is now moot. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings . . . ."). Therefore, we grant relators' motion and dismiss the petition for writ of mandamus as moot.

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed: December 12, 2018